**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:25-cv-01585**

| | |
|---|---|
| ANTONIO ACEVEDO, as Executor of the Estate of MARIA V. ACEVEDO a/k/a Maria Victoria Acevedo,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO CORPORATION,<br><br>Defendant. | **PROOF OF SERVICE** |

Peyton M. Paschke, being first duly sworn, states that:

1. Your affiant is attorney for Plaintiff and as such is authorized by law to make this Affidavit.

2. A copy of the (i) Civil Action Cover Sheet; (ii) Civil Summons; (iii) Complaint; and (iv) Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Costco Corporation in this matter were shipped with UPS Overnight Delivery, Adult Signature Required, addressed to the Defendant Costco Corporation c/o its Registered Agent CT Corporation System, 160 Mine Lake Ct, Suite 200, Raleigh, NC 27615.

3. A copy of the (i) Civil Action Cover Sheet; (ii) Civil Summons; (iii) Complaint; and (iv) Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Costco Corporation in this matter were in

fact received by Defendant Costco Corporation on the date indicated on the proof of delivery, a copy of which is attached hereto as Exhibit A and incorporated herein by reference as if fully set forth.

4. Service of process was perfected on Defendant Costco Corporation and was obtained by designated delivery service pursuant to the provisions of Rule 4 of the North Carolina Rules of Civil Procedure.

5. Plaintiff incurred Thirty-Two and 56/100 Dollars ($32.56) in costs for service of process on Defendant Costco Corporation.

This the 16th day of December, 2025.

Jeremy M. Wilson
N.C. State Bar I.D. No.: 43301
email: docket@wardandsmith.com*
email: jw@wardandsmith.com**
Peyton M. Paschke
N.C. State Bar I.D. No.: 62587
email: PMPaschke@wardandsmith.com*
For the firm of
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
*Attorneys for Plaintiff*

*This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.

** Email address to be used for all communications other than service.

New Hanover COUNTY, North Carolina STATE

Sworn to (or affirmed) and subscribed before me this day by Peyton M. Paschke.
*(type/print name of signer)*

Date 12/16/2025

*(Official Seal)*

*Signature of Notary Public*

My commission expires: 03/17/2030

SAVANNAH JOHNSON
My Commission Expires
NOTARY PUBLIC
March 17, 2030
NEW HANOVER COUNTY, NC