IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No.: 7:25-cv-01585

| | |
|---|---|
| ANTONIO ACEVEDO, as Executor of the Estate of MARIA V. ACEVEDO a/k/a Maria Victoria Acevedo,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO CORPORATION,<br><br>Defendant/ Third-Party Plaintiff,<br><br>v.<br><br>FRY & ASSOCIATES, INC.,<br><br>Third-Party Defendant. | **PLAINTIFF AND DEFENDANT COSTCO CORPORATION'S NOTICE REGARDING DISCOVERY DISPUTES** |

**PLAINTIFF AND DEFENDANT COSTCO CORPORATION'S NOTICE REGARDING DISCOVERY DISPUTES**

Plaintiff Antonio Acevedo, as Executor of the Estate of Maria V. Acevedo a/k/a Maria Victoria Acevedo ("Plaintiff") and Defendant / Third-Party Plaintiff Costco Corporation ("Costco"), by and through the undersigned counsel, state as follows:

1. Plaintiff and Costco conferred in good faith in person and over electronic communication in an effort to resolve the issues raised in Plaintiff's Motion to Compel, as directed by the Court at the September 3, 2026 telephonic conference.

2. The remaining disputed discovery requests were Interrogatory

Nos. 34 and 35 and Request for Production Nos. 11, 12, and 14.

3. The parties, having resolved the remaining discovery disputes, agree as follows:

a) Costco will respond to the foregoing Interrogatories and Requests for Production of Documents as follows:

1. Identifying and producing all documents related to complaints, claims, incidents, reports, investigations, and lawsuits arising out of pedestrian-vehicle collisions (not solely limited to injuries) in parking lots for all Costco stores nationwide from 10 years pre-incident to present.

2. Identifying and producing all documents related to complaints, claims, incidents, reports, investigations, and lawsuits arising out of all injuries in parking lots resulting from vehicle-vehicle collisions for all Costco stores nationwide from 10 years pre-incident to present.

3. Identifying and producing all documents related to complaints, claims, incidents, reports, investigations, and lawsuits arising out of all other injuries (without limitation) in parking lots of any type/cause for Costco stores in North Carolina from 10 years pre-incident to present.

b) "Injuries" refers to bodily injury.

4. The parties agree that Costco will resolve the aforementioned agreed to discovery disputes by September 25, 2026. The previously agreed to discovery disputes referenced in the parties' August 28, 2026 Joint Status Report

remain due by September 11, 2026.

Date: September 9, 2026

*/s/ Peyton M. Paschke*
Jeremy M. Wilson
N.C. State Bar I.D. No.: 43301
docket@wardandsmith.com*
jw@wardandsmith.com**
Peyton M. Paschke
N.C. State Bar I.D. No.: 62587
pmpaschke@wardandsmith.com**
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
*Attorneys for Plaintiff*

Date: September 9, 2026

*/s/ Clay A. Campbell*
Clay A. Campbell
N.C. State Bar I.D. No.: 38069
clay@yourncattorney.com
Marcellino & Tyson, PLLC
2820 Selwyn Avenue, Suite 350
Charlotte, NC 28209
Telephone: 704.919.1519
Facsimile: 980.219.7025
*Attorney for Defendant Costco Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September 2026, I served a copy of the foregoing PLAINTIFF AND DEFENDANT COSTCO CORPORATION'S NOTICE REGARDING DISCOVERY DISPUTES with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clay A. Campbell
clay@yourncattorney.com
*Attorneys for Defendant/Third-Party Plaintiff*

Elizabeth A. Martineau
emartineau@martineauking.com
*Attorneys for Third-Party Defendant*

*/s/ Peyton M. Paschke*
Peyton M. Paschke
N.C. State Bar I.D. No.: 62587
email: docket@wardandsmith.com*
email: pmpaschke@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
*Attorney for Plaintiff*

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

**Email address to be used for all communications other than service.